MARY M. WHITE, as Administratrix, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued May 29, 1895; decided June 11, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial dapartment, entered upon an order made May 24, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*D. C. Robinson* for appellant.

*Frederick Collin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.